

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/11/2010

| In re: | § | Case No. 05-47473-H5-13 |
|---|---|---|
| LAURA CURTIS | § | (Chapter 13) |

### AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY

DaimlerChrysler Financial Services Americas L.L.C. ("Movant") filed a motion for relief from the automatic stay against a 2005 Dodge Caravan, Vehicle Identification No. 1D4GP25B15B106309 (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shown by Debtor(s)' or Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief. If there is a co-debtor, the co-debtor failed to file a timely objection to the proposed relief.

Accordingly, it is ordered that Movant is granted leave from the automatic stay [and the co-debtor stay, if applicable] to pursue its state law remedies against the Property, including repossession, foreclosure and/or eviction.

The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply.

JAN 1 1 2010

ReservedForJudgeSignature

Agreed:

AGREED AND ENTRY REQUESTED:


  /s/ Adrian Baer
Adrian Baer
3606 Sul Ross
Houston, TX 77098
State Bar No.
Telephone
Fax
E-mail
ATTORNEY FOR DEBTOR(S)

By submitting this Agreed Order, Movant's counsel certifies that counsel reviewed the docket sheet after the expiration of the deadline for responses and that no co-debtor has filed any opposition to the requested relief.

952.29931/189363